

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable G. A. Neal
County Auditor
Ellis County
Waxahachie, Texas

Dear Sir:

Opinion No. O-4624
Re: County clerks - Return of origi-
nal marriage licenses

Your request for opinion has been received and care-
fully considered by this department. We quote from your re-
quest as follows:

"Has the County Clerk of any County in Texas
the right to refuse to deliver to either of the
parties who have been married, the original Li-
cense after it has been returned to said Clerk,
and the return recorded?"

Article 4608, Vernon's Annotated Texas Civil Statutes,
pertaining to the issuance of marriage licenses, reads as fol-
lows:

"The clerk shall record all licenses so is-
sued by him in a well bound book kept for that
purpose. It shall be the duty of the person
solemnizing the rites of matrimony to indorse
the same on the license and return it to the
county clerk within sixty days after the cele-
bration aforesaid; such return shall be recorded
with the license."

It is our opinion that it is the duty of the county
clerk to return the marriage license to whom it belongs after
the marriage is consummated and after proper endorsements are

Honorable O. A. Neal, Page 2


made thereon by the person solemnizing the marriage and after the clerk records the license and return.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant


WJF:OO


APPROVED JUN 11, 1942

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE

BY
CHAIRMAN